**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ***EDCV 10-01019VAP(OPx***)
Consolidated With
EDCV 10-00675VAP(OPX)                    Date:  October 7, 2010

Title:      TIMOTHY BREON *-v-* DIABLO FUNDING GROUP, INC. D.B.A. BAY
            BANCORP, et al.
=============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                        None Present
        Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR          ATTORNEYS PRESENT FOR
PLAINTIFFS:                    DEFENDANTS:

        None                           None

PROCEEDINGS:        MINUTE ORDER REMANDING CASE NO. EDCV 10-
                    01019VAP(OPx) TO CALIFORNIA SUPERIOR COURT FOR
                    THE COUNTY OF RIVERSIDE (IN CHAMBERS)

        In its July 15, 2010 Order, the Court consolidated EDCV 10-01019VAP(OPx)
with EDCV 10-00675VAP(OPx).  (<u>See</u> EDCV 10-01019VAP(OPx), Doc. No. 17.)  On
September 14, 2010, the Court dismissed without prejudice Plaintiff's only federal

MINUTES FORM 11                        Initials of Deputy Clerk ___md____
CIVIL -- GEN                  Page 1

EDCV 10-01019 VAP(OPx)
TIMOTHY BREON, AN INDIVIDUAL v DIABLO FUNDING GROUP, INC. D.B.A. BAY BANCORP, et al.
MINUTE ORDER of October 7, 2010

claim[1] and remanded the remaining state law claims within EDCV 10-00675VAP(OPx) to the California Superior Court for the County of Riverside.  (See EDCV 10-00675VAP(OPx), Doc. No. 35.)  As that matter was consolidated with EDCV 10-01019 VAP(OPx) "for all purposes,"[2] the Court accordingly orders the state law claims within EDCV 10-01019 VAP(OPx) also REMANDED to the California Superior Court for the County of Riverside.

**IT IS SO ORDERED.**

---

[1]The Court's September 14, 2010 Order occurred after consolidation and dismissed Plaintiff's only federal claim.  Accordingly, there are no live federal claims before this Court.

[2](See EDCV 10-01019VAP(OPx), Doc. No. 17.)

MINUTES FORM 11                                    Initials of Deputy Clerk ___md____
CIVIL -- GEN                        Page 2